IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CR-00288-RJC-DSC

| | |
|---|---|
| USA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| TAMARLO DENNELL HALL | ) |
| | ) |

**THIS MATTER** is before the Court on the defendant's pro se motion for a variance or departure from the advisory guideline range. (Doc. No. 32).

The defendant is currently represented by counsel. (Appointment of Counsel, Sept. 19, 2018). Local Criminal Rule 47.1(g) requires motions to be filed by counsel unless a defendant has formally waived his right to counsel before a judicial officer. The defendant will have the opportunity to address the Court in allocution during his sentencing hearing.

**IT IS, THEREFORE, ORDERED**, that the defendant's pro se motion is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, and to the United States Attorney.

Signed: December 10, 2019

Robert J. Conrad, Jr.
United States District Judge