IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CR-00288-RJC-DSC

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TAMARLO DENNELL HALL | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant pro se for a recommendation that he be designated to a medium custody facility for completion of his sentence. (Doc. No. 47).

Title 18, United States Code, Section 3621 gives the Bureau of Prisons (BOP) authority to designate the place of the prisoner's imprisonment. Although the Court appreciates the defendant's desire to be closer to home and to enroll in vocational training, the Court declines to recommend a facility because the BOP is in a better position to make the necessary assessment.

**IT IS, THEREFORE, ORDERED** that the defendant's motion is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: April 19, 2021

Robert J. Conrad, Jr.
United States District Judge